**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

HUGO P. CAMPBELL, JR.,

    Plaintiff,

vs.	Case No.: 3:07cv542/MCR/EMT

OKALOOSA COUNTY JAIL, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 7, 2008 (Doc. 11). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute.

    **DONE AND ORDERED** this 6th day of November, 2008.

                            *s/ M. Casey Rodgers*
                            **M. CASEY RODGERS
                            UNITED STATES DISTRICT JUDGE**